MANDANA MASSOUMI (SBN 191359)
massoumi.mandana@dorsey.com
RACHEL C. SCHUMACHER (SBN 235025)
schumacher.rachel@dorsey.com
DORSEY & WHITNEY LLP
38 Technology Drive, Suite 100
Irvine, CA 92618-5310
Telephone: (949) 932-3600
Facsimile: (949) 932-3601

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA KLOMP, an Individual; CYNTHIA WALKER, an Individual; ALEXIS FLORES, an Individual, <br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. CV11-00165-GAF(MAN)<br><br>[LOS ANGELES Superior Court Case No. BC447639]<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Trial Date: NONE SET |

Defendant Target Corporation ("Defendant") hereby submits its Notice of Interested Parties.

The undersigned counsel of record for Defendant certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| | | |
|---|---|---|
| 1 | 1. | Plaintiff THERESA KLOMP; |
| 2 | 2. | Plaintiff CYNTHIA WALKER; |
| 3 | 3. | Plaintiff ALEXIS FLORES; |
| 4 | 4. | Defendant TARGET CORPORATION. |

DATED: January 6, 2011

DORSEY & WHITNEY LLP

By: *[signature]*
Mandana Massoumi
Rachel C. Schumacher
Attorneys for Defendant
TARGET CORPORATION

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Irvine, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 38 Technology Drive, Suite 100, Irvine, California 92618-2301. On January 6, 2011, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:     **NOTICE OF INTERESTED PARTIES**

SERVED UPON:     **Jay S. Rothman**
**Marina Kats Fraigun**
**Jay S. Rothman & Associates**
**21900 Burbank Boulevard, Suite 210**
**Woodland Hills, CA 91367**
*Attorneys for Plaintiffs*

☐ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by Time Machine to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☒ (BY FEDERAL EXPRESS) I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on January 6, 2011, at Irvine, California.

_____
Karen Satterfield

-3-
NOTICE OF INTERESTED PARTIES

4832-9610-9320\1